IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

Criminal Action No. 06-00345-01-CR-W-DW

v.

JASON ROMDALL,

        Defendant.

MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On September 27, 2006, the Grand Jury returned a two count indictment charging the defendant with receipt of child pornography over the internet and with possession of child pornography.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
    Government: Katharine Fincham
    Case Agent: Special Agent Brad Peterson of the FBI
    Defense: Lisa Nouri

**OUTSTANDING MOTIONS**: None

**TRIAL WITNESSES**:
    Government: 3 without stipulations
    Defendants: 2-3 witnesses, including the defendant

**TRIAL EXHIBITS**
    Government: 12 exhibits
    Defendant: 0 exhibits for defendant

**DEFENSES**: General Denial

**POSSIBLE DISPOSITION**:

    (X) Definitely for trial; ( ) Possibly for trial; ( ) Likely a plea will be worked out

**TRIAL TIME: 1 ½ days**

**(If the case proceeds as a trial. However, see the proposal in the next section)**
  Government's case including jury selection: 1 day
  Defense case: ½ day

**STIPULATIONS**: The parties are proposing to waive a jury and file a stipulation, with evidence attached. The stipulation would present the government's case. Then, the only evidence to be presented would be from the defendant and would take 2 hours or less.

**UNUSUAL QUESTIONS OF LAW:** The government will argue that the defendant's evidence does not rise the level of a legal defense.

**FILING DEADLINES:**

  **Witness and Exhibit List**
  Government: Friday before the pretrial conference
  Defense: Friday before the pretrial conference
  **Counsel are requested to list witnesses in alphabetical order on their witness list.**

  **Exhibit Index, Voir Dire, Jury Instructions: Noon, Wednesday April 18, 2007**
  **Please Note**: Jury instructions must comply with Local Rule 51.1

  **Motion in Limine: None planned**

**TRIAL SETTING**: Criminal jury trial docket commencing April 23, 2007.
  **Please note:** If the parties are able to proceed by stipulation, they would prefer not to go the first few days of the docket, but are available on April 26 or thereafter.

**IT IS SO ORDERED.**

          _____/s/_____
            SARAH W. HAYS
           United States Magistrate Judge